SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson ) | Case No. **2:10-cv-03428-JAN-DAD** |
|          Plaintiff, ) | **ORDER GRANTING REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT** |
|     vs. ) | |
| Melville A. Piercey, et al ) | |
|          Defendants ) | |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the Joint Status Conference statement continued to August 15, 2011.

Date:  4/12/2011

                              /s/ John A. Mendez_____
                              United States District Court Judge

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS
CONFERENCE STATEMENT

CIV: S-10-cv-03428-JAM-DAD - 1