```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    vs.<br><br>Melville A. Piercey, et al,<br><br>         Defendants | Case No. **2:10-cv-03428-JAM-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF VINCENT J. ERARDI; DEBORAH J. ERARDI**<br><br>Case to Remain Open with Remaining Defendant |

    IT IS HEREBY ORDERED THAT Defendants Vincent J. Erardi; Deborah J. Erardi are hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:  7/25/2011

                              /s/ John A. Mendez
                              U.S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-03428-JAM-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com