1  ROBERT R. SCHALDACH-Bar #85290
2  Attorney at Law
   P.O. Box 417329
3  Sacramento, California 95841
   Telephone: (916)944-1134
4
5
6  Attorney for Defendant
   MELVILLE A. PIERCEY
7
8
9
10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12
13 SCOTT N. JOHNSON,              ) Case No. 2:10-CV-03428-JAM-DAD
                                  )
14        Plaintiff,              )
                                  )
15                                )
       vs.                        )
16                                )
                                  )
17 JERRY J. KRAUSE; MELVILLE A.   )
   PIERCEY, Individually and dba )
18 Copies Plus; ERNEST C. ROSSI III; )
   STEVEN E. SAN FILIPPO; JOHN D. )
19 SENSIBA; VINCENT J. ERARDI;    )
   DEBORAH J. ERARDI,             )
20                                )
                                  )
21        Defendants.             )
                                  )
22 _____)

23      ORDER GRANTING DEFENDANT'S APPLICATION FOR RELIEF
          FROM DISTRICT COURT'S ELECTRONIC FILING REQUIREMENTS
24
25      This matter came before the court for consideration of
26
27                              1
   _____
28 In re Scott N. Johnson, Plaintiff, vs. Melville A. Piercey, et al, Defendants. Case
   #2:10-CV-03428-JAM-DAD
   Order Granting Application for Relief From Electronic Filing Rules

the Defendant MELVILLE A. PIERCEY's Application for Relief From the District Court's Electronic Filing Requirements, set forth in Local Rule 123(a).

It appears to the court that Defendant's counsel has demonstrated cause for relief from Local Rule 123(a), and that the Plaintiff's counsel has no objection to the relief requested by this application, and now therefore, pursuant to Local Rule 123(d),

**IT IS HEREBY ORDERED** that the Defendant Melville A. Piercey's counsel is granted a waiver of the electronic filing requirement of Local Rule 123(a) and the Defendant's counsel shall be permitted to file his pleadings in this matter as paper documents.

DATED: 12-12-2011

JOHN A. MENDEZ,
United States District Court Judge

2

In re Scott N. Johnson, Plaintiff, vs. Melville A. Piercey, et al, Defendants. Case #2:10-CV-03428-JAM-DAD
Order Granting Application for Relief From Electronic Filing Rules